UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: INTEL CORP. CPU MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION  MDL No. 2828

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On April 5, 2018, the Panel transferred 4 civil action(s) to the United States District Court for the District of Oregon for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2018). Since that time, no additional action(s) have been transferred to the District of Oregon. With the consent of that court, all such actions have been assigned to the Honorable Michael H. Simon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Oregon and assigned to Judge Simon.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Oregon for the reasons stated in the order of April 5, 2018, and, with the consent of that court, assigned to the Honorable Michael H. Simon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Oregon. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 18, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



Certified to be a true and correct copy of original filed in this District
Dated: __04/18/2018__

**MARY L. MORAN, Clerk of Court**
U.S. District Court of Oregon
By: __/s/ D. St. Germain__

Pages __1__ Through __3__

IN RE: INTEL CORP. CPU MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION  MDL No. 2828

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 3 | 18−00357 | West et al v. Intel Corporation |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 5 | 18−00105 | Carl Jones−v−Intel Corp |
| CAN | 5 | 18−00111 | Rinn et al v. Intel Corporation |
| CAN | 5 | 18−00146 | West v. Intel Corporation, a Delaware corporation |
| CAN | 5 | 18−00187 | Bahcevan v. Intel Corporation |
| CAN | 5 | 18−00210 | Dean et al v. Intel Corporation |
| CAN | 5 | 18−00235 | Lee v. Intel Corporation |
| CAN | 5 | 18−00298 | Zog, Inc. v. Intel Corporation |
| CAN | 5 | 18−00352 | Pascarella et al v. Intel Corporation |
| CAN | 5 | 18−00379 | Mechri et al v. Intel Corporation |
| CAN | 5 | 18−00580 | Sterling v. Intel Corporation |
| CAN | 5 | 18−00633 | Young v. Intel Corporation, a Delaware corporation |
| CAN | 5 | 18−00742 | Park v. Intel Corporation |
| CAN | 5 | 18−00799 | Ferrer v. Intel Corporation |
| CAN | 5 | 18−00894 | City of Providence v. Intel Corp. |
| CAN | 5 | 18−01216 | Artesia General Hospital, et al. v. Intel Corporation |
| CAN | 5 | 18−01461 | Fooshee et al v. Intel Corporation |
| **ILLINOIS CENTRAL** | | | |
| ILC | 2 | 18−02009 | Murphy et al v. Intel Corporation |
| **NEW JERSEY** | | | |
| NJ | 1 | 18−00540 | ROBBINS v. INTEL CORPORATION |
| **NEW MEXICO** | | | |
| NM | 1 | 18−00051 | Storey et al v. Intel Corporation |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 18−00526 | Bernstein et al v. Intel Corporation |
| NYE | 2 | 18−00147 | Rosenberg et al v. Intel Corporation |
| NYE | 2 | 18−00574 | United Food and Commercial Workers International Union Local 1500 v. Intel Corporation |